

# Court of Appeals for the
## First District of Texas at Houston

ORDER

Appellate case name:       Ex parte Michael Lowry

Appellate case number:    01-20-00858-CR & 01-20-00859-CR

Trial court case number:   1623191 & 1685846

Trial court:                230th District Court of Harris County

On December 8, 2020, appellant, through counsel, filed a notice of appeal from the trial court's order, signed on November 20, 2020, denying his pretrial habeas application. On December 29, 2020, the clerk's record was filed in this Court. On January 7, 2021, the court reporter filed a record of the writ hearing. Appellant is challenging Section 43.262 of the Texas Penal Code as facially unconstitutional. *See* TEX. PEN. CODE § 43.262. After a review of the records, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

Accordingly, appellant's brief is **ORDERED** to be filed no later than **20 days** from the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is **ORDERED** to be filed no later than **20 days** from the filing of the appellant's brief.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                       ☒ Acting individually    ☐ Acting for the Court
Date: ___January 21, 2021____